UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                              Chapter 7
Randal Ervin Marshik,
Donna Lee Marshik,                                  BKY No. 14-33340 (KAC)
              Debtors.

## NOTICE OF SETTLEMENT

To:    The United States Trustee, all creditors and other parties in interest.

        On **March 28, 2016,** or as soon thereafter as the transaction may be completed, the undersigned Trustee of the estate of the Debtors named above will settle a controversy as follows:

This bankruptcy case was filed on August 13, 2014, and J. Richard Stermer is the appointed Trustee in this Chapter 7 case. The Debtors' scheduled homestead real property located at 42 1st Street N, Flensburg, MN 56328, in the County of Morrison, State of Minnesota, with a value of $66,100.00, legally described as: *Lots Thirteen and Fourteen (13 & 14), Block Three (3), Flensburg*. The property was subject to a secured debt of $15,000.00, and the Debtors claimed this property fully exempt under Minnesota State exemptions. The Trustee, in an adversary proceeding, avoided the 2011 Mortgage against the real estate as a preferential transfer and the 2011 Mortgage lien was preserved for the benefit of the bankruptcy estate.

The Debtors and the Trustee have entered into a settlement agreement, subject to Bankruptcy Court approval, whereby the Debtors will pay the Trustee $16,500.00 to retain their interest in the above-described real estate. The Debtors will make monthly payments of $400.00 beginning on March 25, 2016, and each month thereafter for 11 months, at which time the remaining amount due shall be paid in full. Once debtors have paid the full $16,500.00, then the lien will be satisfied. Based on the time and expense involved in liquidating this property, the Trustee believes that this settlement is in the best interests of the estate.

**OBJECTION: MOTION:: HEARING**. Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If any objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the U. S. Trustee.

| Clerk of Court | United States Trustee | Trustee |
|---|---|---|
| United States Bankruptcy Court | 1015 U S Courthouse | (See address below) |
| 316 N. Robert St. | 300 So. 4th St. | |
| St. Paul, MN 55101 | Minneapolis, MN 55415 | |

Dated: March 1, 2016                              /e/ *J. Richard Stermer*
                                                              J. Richard Stermer, Trustee
                                                              102 Parkway Drive, P. O. Box 514
                                                               Montevideo, MN 56265
                                                               Telephone: (320) 269-6491
                                                               Email: rstermer@stermerlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  Marshik Randal Ervin<br>Marshik Donna Lee | CASE NO: 14-33340<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter:<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 3/1/2016, I did cause a copy of the following documents, described below,

Notice of Settlement,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 3/1/2016

/s/ J. RICHARD STERMER
J. RICHARD STERMER  216811
STERMER & SELLNER CHTD.
102 PARKWAY DRIVE PO BOX 514
MONTEVIDEO, MN  56265
320 269 6491
jackie.eggers@stermerlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:  Marshik Randal Ervin
         Marshik Donna Lee

CASE NO: 14-33340

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter:
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 3/1/2016, a copy of the following documents, described below,

Notice of Settlement,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/1/2016

/s/ Jay S. Jump
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
STERMER & SELLNER CHTD.
J. RICHARD STERMER
102 PARKWAY DRIVE PO BOX 514
MONTEVIDEO, MN  56265

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

LABEL MATRIX FOR LOCAL NOTICING
0864-3
CASE 14-33340
DISTRICT OF MINNESOTA
ST PAUL
TUE MAR 1 09-02-38 CST 2016

NATIONAL CREDIT UNION ADMINISTRATION BOARD
4807 SPICEWOOD SPRINGS RD.
STE. 5100
AUSTIN TX 78759-8438

*EXCLUDE*

~~ST PAUL~~
~~200 WARREN E BURGER FEDERAL BUILDING AND~~
~~US COURTHOUSE~~
~~316 N ROBERT ST~~
~~ST PAUL MN 55101-1465~~

AMERICAN INFOSOURCE LP AS AGENT FOR
MIDLAND FUNDING LLC
PO BOX 268941
OKLAHOMA CITY OK 73126-8941

AMERICAN INFOSOURCE LP AS AGENT FOR
T MOBILET-MOBILE USA INC
PO BOX 248848
OKLAHOMA CITY OK 73124-8848

BUSINESS REVENUE SYSTE
2419 SPY RUN AVE STE A
FORT WAYNE IN 46805-3262

CAP ONE
POB 30281
SALT LAKE CITY UT 84130-0281

CENTRACARE CLINIC
1200 6TH AVE N
SAINT CLOUD MN 56303-2736

CAPITAL ONE BANK (USA) N.A.
PO BOX 71083
CHARLOTTE NC 28272-1083

DISH NETWORK
4500 SALISBURY RD STE 10
JACKSONVILLE FL 32216-0959

METABANK
8875 AERO DR STE 200
SAN DIEGO CA 92123-2255

MIDLAND FUNDING
8875 AERO DR STE 200
SAN DIEGO CA 92123-2255

MORRISON COUNTY AUDITORTREASURER
213 1ST AVE SE
LITTLE FALLS MN 56345-1468

NATIONAL CREDIT UNION ADMIN BOARD
4807 SPICEWOOD SPGS STE 5100
AUSTIN TX 78759-8438

REGIONAL DIAGNOSTIC RADIOLOGY
2419 SPY RUN AVE STE A
FORT WAYNE IN 46805-3262

ST GABRIEL'S HOSPITAL
815 SE SECOND ST
LITTLE FALLS MN 56345-3596

ST. CLOUD HOSPITAL
1406 6TH AVE N
SAINT CLOUD MN 56303-1901

ST. GABRIEL'S HOSPITAL
3297 SOLUTIONS CENTER
CHICAGO IL 60677-3002

STELLAR RECOVERY INC
4500 SALISBURY RD STE 10
JACKSONVILLE FL 32216-8035

*EXCLUDE*

~~US TRUSTEE~~
~~1015 US COURTHOUSE~~
~~300 S 4TH ST~~
~~MINNEAPOLIS MN 55415-3070~~

DONNA LEE MARSHIK
42 1ST ST N
FLENSBURG MN 56328

*EXCLUDE*

~~J. RICHARD STERMER~~
~~STERMER & SELLNER CHTD.~~
~~102 PARKWAY DRIVE~~
~~PO BOX 514~~
~~MONTEVIDEO MN 56265-0514~~

*DEBTOR*

RANDAL ERVIN MARSHIK
42 1ST ST N
FLENSBURG MN 56328

*EXCLUDE*

~~STEPHEN HELLER~~
~~HELLER & THYEN P.A.~~
~~606 25TH AVE S~~
~~SUITE 110~~
~~ST. CLOUD MN 56301-4010~~